Special Asst. Attorney General, for plaintiff-respondent. *Brian J. Sarault,* for defendant-petitioner.

M. P. No. 74-200. JOHN JENNINGS *et al. v.* EXETER-WEST GREENWICH REGIONAL SCHOOL DISTRICT COMMITTEE. Motion of American Civil Liberties Union to intervene as amicus curiae is granted. *Goldman, Biafore & Hines, John D. Biafore,* for plaintiffs-respondents. *Bradford Gorham,* for defendant-petitioner; *Amato A. DeLuca,* for American Civil Liberties Union, amicus curiae.

M. P. No. 75-104. ESTATE OF MASSIMINA VENTRIGLIA *v.* JESSIE I. MASI. Treating the petitioner's statement of facts as a motion for reconsideration of the order denying the petitioner the right to perfect an appeal out of time, said motion for reconsideration is denied. *John A. O'Neill, Jr.,* for petitioner. *Aram A. Arabian,* for respondent.

M. P. No. 75-136. CHARLES R. FLATHER *v.* JOHN H. NORBERG, *Tax Administrator.* Petition for writ of certiorari granted. *Edwards & Angell, Charles G. Edwards, Anne L. Northrup,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

M. P. No. 75-143. ALEXANDER MURCHISON *v.* JOHN H. NORBERG, *Tax Administrator.* Petition for writ of certiorari is denied. See *Langton* v. *Demers,* 102 R. I. 375, 230 A.2d 870 (1967); *Moore* v. *Langton,* 92 R. I. 141, 167 A.2d 558 (1961). *Aram K. Berberian,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

M. P. No. 75-157. RICHARD ST. PIERRE *v.* JAMES W. MULLEN, *Warden.* Respondent is directed to file his answer to the petition for habeas corpus and therein to *show cause,* if any he has, why the writ should not issue as prayed, said answer